IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN M. DUNCAN, J.R. DUNCAN
and J.F. DUNCAN,

    Plaintiffs,

v.

FRANK SILHA & SONS and
IUOE LOCAL 139,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-58-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____  _____
Peter Oppeneer, Clerk of Court       4/2/10   Date